UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MICHAEL HOOD,                              CIVIL NO. 1:CV-05-0844

      Petitioner:                                                05-1517

v.


JOSEPH V. SMITH, WARDEN,

      Respondent:

### NOTICE OF APPEAL

COMES NOW, the Petitioner, Michael Hood, pro-se, (Hereinafter, "Petitioner") and respectfully requests this Honorable Court to formally enter his notice of appeal from this Court's Order dismissing his application for habeas corpus relief due to lack of subject matter jurisdiction. In support of it is stated as follows:

    I.  **Swain v. Pressley**, 430 U.S. 372, 384 (1977) States As Follows Concerning D. C. Code § 23-110(g):

> "(a). 'The final clause of § 23-110(g), which allows a Federal District Court to entertain a habeas corpus application if it "appears that the remedy by motion$\underline{1/}$ is inadequate or ineffective to test the legality of [the applicant's] detention," avoids any serious question about the statute's$\underline{2/}$ constitutionality...'"

**Swain**, 430 U.S. at 415, subsection 2.(a).

In sum, the Petitioner will be submitting an Appellate Brief and/or an Application for a certificate of Appealability in a timely fashion once the United States Court of Appeals For the District of Columbia Circuit sets a briefing schedule.

---

$\underline{1/}$ The only motion referred to is D. C. Code § 23-110 in this Supreme Court precedential decision.

$\underline{2/}$ Again, see D. C. Code § 23-110.

Respectfully submitted,

*Michael A. Hood-Bey*
MICHAEL HOOD, PRO-SE LITIGANT
Reg. No. 37224-118
UNITED STATES PENITENTIARY
P. O. BOX 1000
LEWISBURG, PENNSYLVANIA 17837-1000

### CERTIFICATE OF SERVICE

I, Michael Hood, pro-se litigant, hereby certify that I have served a true and correct copy of the foregoing:

United States Attorney's Office
For The District of Columbia
Judiciary Center Building
c/o Special Proceedings Section
555 Fourth Street, N.W.
Washington, D.C. 20001

Which is deemed filed at the time it was delivered to prison authorities for forwarding to this Court, pursuant to **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the Court and parties to litigation and/or his/her attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to the above; and deposited same in the United States Postal Mail at the United States Penitentiary at Lewisburg, Pennsylvania 17837.

Signed on this _4th_ day of August, 2005.

Respectfully submitted,

*Michael A. Hood-Bey*
MICHAEL HOOD, PRO SE LITIGANT