COPY **United States Court of Appeals**
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5316                                September Term, 2005

05cv01517

Filed On:

Michael Hood,
    Appellant

v.

Joseph V. Smith, Warden,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   SEP 1 5 2005

CLERK

**ORDER**

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is

**ORDERED**, on the court's own motion, that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). The district court shall promptly notify this court upon its issuance of a certificate of appealability or statement why a certificate should not issue. It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk